Matter of Leonard v Titus (2025 NY Slip Op 03619)

Matter of Leonard v Titus

2025 NY Slip Op 03619

Decided on June 12, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 12, 2025

CV-24-1133
[*1]In the Matter of Jasmen Leonard, Petitioner,
v
Amy Titus, as Superintendent of Orleans Correctional Facility, et al., Respondents.

Calendar Date:May 23, 2025

Before:Egan Jr., J.P., Lynch, Ceresia, McShan and Mackey, JJ.

Jasmen Leonard, Johnstown, petitioner pro se.
Letitia James, Attorney General, Albany (Kate H. Nepveu of counsel), for respondents.

Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Orleans Correctional Facility finding petitioner guilty of violating certain prison disciplinary rules.
Petitioner commenced this CPLR article 78 proceeding challenging a tier II disciplinary determination finding that he violated various prison disciplinary rules. The Attorney General has advised this Court that the determination at issue has been administratively reversed, all references have been expunged from petitioner's institutional record and the $5 surcharge has been refunded to petitioner's account. As petitioner has received all the relief to which he is entitled, the petition is dismissed as moot (see Matter of Concepcion v Annucci, 231 AD3d 1455, 1455 [3d Dept 2024]; Matter of Davis v Annucci, 227 AD3d 1313, 1314 [3d Dept 2024]).
Egan Jr., J.P., Lynch, Ceresia, McShan and Mackey, JJ., concur.
ADJUDGED that the petition is dismissed, as moot, without costs.